Rattan Dev S. Dhaliwal [SBN 177318]
Aliah A. Abdo [SBN 260341]
DHALIWAL LAW GROUP, INC.
2005 De La Cruz Boulevard, Suite 185
Santa Clara, California 95050
Telephone: (408) 988-7722
Facsimile: (408) 988-3345
Email: rattan@attorneydhaliwal.com

Attorney for Defendants, Hagenberger Land MS, LLC
and Muhammad Ahmed dba Lazeeza.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>        Plaintiff,<br><br>   **v.**<br><br>HEGENBERGER LAND MS, LLC, a California Limited Liability Company; MUHAMMAD AHMED, d/b/a LAZEEZA; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case. No.: 17-CV-02003 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE LAST DAY FOR THE PARTIES TO CONDUCT JOINT SITE INSPECTION** |

Plaintiff, Shelby Gail Heifetz and Defendants, Hegenberger Land MS, LLC and Muhammad Ahmed dba Lazeeza, by and through their respective counsel, hereby respectfully request and stipulate as follows:

WHEREAS General Order 56 provides that the parties were to have a Joint Site Inspection conducted on or before July 24, 2017. However, due to the parties' settlement discussions and scheduling conflicts, the parties requested an extension of time in which to complete the inspection. On July 14, 2017, this Court entered an Order granting a further extension up to and including August 24, 2017. Due to the parties' continued efforts and

accommodations of each other regarding scheduling and health matters, the parties request a further extension up to and including September 8, 2017.

IT IS HEREBY STIPULATED AND AGREED and requested that the last day for the parties and counsel to conduct the General Order 56 Joint Site Inspection of the premises be continued up to and including September 8, 2017.


**DHALIWAL LAW GROUP, INC.**


Dated: August 16, 2017                    By: /s/ Aliah A. Abdo
                                          Rattan Dev. S. Dhaliwal
                                          Aliah A. Abdo
                                          Attorneys for Defendant, Hegenberger Land MS,
                                          LLC and Muhammad Ahmed dba Lazeeza.


**LAW OFFICE OF IRENE KARBELASHVILI**


Dated: August 16, 2017                    By: /s/ Irakli Karbelashvili
                                          Irakli Karbelashvili
                                          Attorney for Plaintiff, Shelby Gail Heifetz


**[PROPOSED] ORDER**

IT IS SO ORDERED, that the last day for the parties and counsel to conduct the Joint Site Inspection of the premises be continued up to and including September 8, 2017.


Dated: __8/24/17_____          _____
                                          United States District Judge

DHALIWAL LAW GROUP, INC.
2005 DE LA CRUZ BOULEVARD, SUITE 185
SANTA CLARA, CALIFORNIA 95050
TELEPHONE: (408) 988-7722 / FACSIMILE: (408) 988-3345

| Heifetz v. Hegenberger Land et al. | STIPULATION AND ORDER | 2 |
| --- | --- | --- |