ALLACCESS LAW GROUP
 Irene Karbelashvili, State Bar Number 232223
 irene@allaccesslawgroup.com
 Irakli Karbelashvili, State Bar Number 302971
 irakli@allaccesslawgroup.com
19 North Second Street., Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ<br><br>           Plaintiff,<br><br>vs.<br><br>HEGENBERGER LAND MS, LLC, a California limited liability company; MUHAMMAD AHMED , d/b/a LAZEEZA; and DOES 1 through 10, Inclusive,<br><br>           Defendants. | **Case No.** 17-cv-02003-RS<br><br>**SECOND STIPULATION AND REQUEST BY THE PARTIES FOR AN ORDER MODIFYING GENERAL ORDER 56 TO EXTEND THE DEADLINE FOR THE PARTIES' JOINT SITE INSPECTION; AND [~~PROPOSED~~] ORDER THEREON** |

      IT IS HEREBY STIPULATED by and between Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") and Defendants HEGENBERGER LAND MS, LLC, a California limited liability company; MUHAMMAD AHMED , d/b/a LAZEEZA (collectively, "Defendants") that the last date (September 8, 2017) for the Parties' Joint Site Inspection shall be modified and extended to September 15, 2017. The last dates under General Order 56 for the Parties' Meet and Confer and Notice for Mediation shall be modified accordingly.

      The parties previously requested that the Court continue the inspection deadline until September 8, 2017. The Court granted the request (Dkt. 13). The parties scheduled the inspection for September 15, 2017, the earliest date available for everyone. Accordingly, in order to be in

compliance with Court's scheduling order, the parties are filing this second stipulation.

Respectfully submitted,

Dated: September 5, 2017     */s/ Irakli Karbelashvili*
                             Irakli Karbelashvili, Attorney for
                             Plaintiff Shelby Gail Heifetz

Dated: September 5, 2017     */s/ Aliah Abdo*
                             Aliah Abdo, Attorneys for Defendant,
                             Hegenberger Land MS, LLC and Muhammad
                             Ahmed dba Lazeeza.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on, I, Irakli Karbelashvili, received the concurrence of counsel for Defendants in the filing of this document.

By:     */s/ Irakli Karbelashvili*
        IRAKLI KARBELASHVILI

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

That the last date for the Parties' Joint Site Inspection under General Order 56 is hereby modified so that the time to conduct the Joint Site Inspection is hereby extended to no later than September 15, 2017. The last dates under General Order 56 for the Parties' Meet and Confer and Notice for Mediation shall be modified accordingly.

DATED: 9/8/17

United States District Judge