1  ALLACCESS LAW GROUP
     Irene Karbelashvili, State Bar Number 232223
2    irene@allaccesslawgroup.com
     Irakli Karbelashvili, State Bar Number 302971
3    irakli@allaccesslawgroup.com
4  19 North Second Street., Suite 205
   San Jose, CA 95113
5  Telephone: (408) 295-0137
   Facsimile: (408) 295-0142
6

7  Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ )<br><br>Plaintiff, )<br><br>vs. )<br><br>HEGENBERGER LAND MS, LLC, et al. )<br><br>Defendants. )<br>) | **Case No.** 17-cv-02003-RS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") and Defendants HEGENBERGER LAND MS, LLC, a California limited liability company; MUHAMMAD AHMED , d/b/a  LAZEEZA (collectively, "Defendants") that this action be dismissed in its entirety with prejudice. Each side shall bear their own attorneys' fees, litigation expenses, and costs. The parties FURTHER STIPULATE and request that the Court retain jurisdiction, in accordance with the provisions of General Order 56, over enforcement of the terms of the SETTLEMENT AGREEMENT AND GENERAL RELEASE which has been executed by the parties and approved by their respective attorneys.

Respectfully submitted,

Dated: March 7, 2018          */s/ Irene Karbelashvili*
                              Irene Karbelashvili, Attorney for
                              Plaintiff Shelby Gail Heifetz

Dated: March 8, 2018          */s/ Aliah Abdo*
                              Aliah Abdo, Attorneys for Defendant,
                              Hegenberger Land MS, LLC and Muhammad
                              Ahmed dba Lazeeza.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on, I, Irene Karbelashvili, received the concurrence of counsel for Defendants in the filing of this document.


                         By:       */s/ Irene Karbelashvili*
                                   IRENE KARBELASHVILI

**[~~PROPOSED~~] ORDER**

Having reviewed the stipulation to dismiss between Plaintiff SHELBY GAIL HEIFETZ and Defendants HEGENBERGER LAND MS, LLC, a California limited liability company; and MUHAMMAD AHMED , d/b/a LAZEEZA, and good cause having been shown, it is hereby ordered that this action be dismissed in its entirety against all defendants with prejudice. Each side shall bear their own attorneys' fees, litigation expenses, and costs. The court retains jurisdiction over the SETTLEMENT AGREEMENT AND GENERAL RELEASE.

**IT IS SO ORDERED**

DATED: 3/12/18

_____
United States District Judge